**FORM 13**

# UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York  10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by James R. Cannon, Jr.
(Name of attorney of record)

on behalf of Arkema, Inc. in the

matter of Arkema, Inc., The Chemours Company FC, LLC, Honeywell International Inc. v. United States, Court No. 16-00179.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.
 See Attachment.

2. Indicate whether the party on whose behalf this Form is being filed is ☑ or is not ☐ the real party in interest.  If not, identify below the real party in interest.
 Not applicable.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association.  (Attach additional pages if necessary.)
 Not applicable.

September 9, 2016

/s/ James R. Cannon
(Signature of Attorney)                                    (Date)

**SEE REVERSE SIDE**

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005.)

**ATTACHMENT**

The following entities are subsidiaries and investments of Arkema Inc. and are listed on exchanges outside of the United States:
  Arkema France
  Arkema Amériques SAS
  Arkema Europe SA
  Arkema Asie SAS
  Arkema Afrique SAS

The following entities are associates of Arkema Inc. and are listed on exchanges outside of the United States:
  Arkema Yoshitomi Ltd.
  Meglas
  CJ Bio Malaysia Sdn. Bhd.
  Ihsedu Agrochem Private Ltd.

**FORM 13**

# UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York  10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by  James R. Cannon, Jr.
(Name of attorney of record)

on behalf of  The Chemours Company FC, LLC.  in the

matter of  Arkema, Inc., The Chemours Company FC, LLC, Honeywell International Inc. v. United States, Court No. 16-00179                         .

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.
   See Attachment.

2. Indicate whether the party on whose behalf this Form is being filed is ☑ or is not ☐ the real party in interest.  If not, identify below the real party in interest.
   Not applicable.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association.  (Attach additional pages if necessary.)
   Not applicable.

September 9, 2016

/s/ James R. Cannon
(Signature of Attorney)                                            (Date)

**SEE REVERSE SIDE**

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005.)

# **ATTACHMENT**

The following entities are U.S. subsidiaries of The Chemours Company:
- ChemFirst Inc.
- Chemours EMEA 2, LLC
- Chemours International 2, LLC
- Chemours Netherlands 2, LLC
- First Chemical Corporation
- First Chemical Texas, L.P
- International Dioxcide, Inc.
- The Chemours Company
- The Chemours Company Asia Pacific Operations, Inc.
- The Chemours Company Delaware Operations, Inc.
- The Chemours Company EMEA, LLC
- The Chemours Company FC, LLC
- The Chemours Company International, LLC
- The Chemours Company Netherlands, LLC
- The Chemours Company North America, Inc.
- The Chemours Company TT, LLC
- The Chemours Company Worldwide Operations, Inc.

The following entities are foreign subsidiaries of The Chemours Group:
- 2463297 Ontario Limited
- Antec International Ltd
- Baanhoekweg Energie Project BV
- Chemours Belgium BVBA
- Chemours Chemicals Rus
- Chemours Deutschland GmbH
- Chemours France SAS
- Chemours Hong Kong Holding Limited
- Chemours International Operations Sàrl
- Chemours Italy S.r.l.
- Chemours Jersey Ltd.
- Chemours Kabushiki Kaisha
- Chemours Korea Inc.
- Chemours Netherlands BV
- Chemours NL Holding 1 B.V.
- Chemours NL Holding 2 B.V.
- Chemours NL Holding 3 B.V.
- Chemours NL Holding 4 B.V.
- Chemours NL Holding 5 B.V.
- Chemours Services Sàrl
- Chemours Spain S.L.
- Chemours Titanium Technologies (Taiwan) Ltd.
- Chemours TR Kimyasal Ürünler Limited Şirketi
- Dordrecht Energy Supply Company B.V.
- Dordrecht Energy Supply Company C.V.
- Initiatives Inc. S.A. de C.V.

Shenzhen Chemours Investment Co., Ltd.
TCC Holding 1 C.V.
TCC Holding 2 C.V.
TCC Holding 3 C.V.
The Chemours (Changshu) Fluoro Technology Company Limited
The Chemours (Taiwan) Company Limited
The Chemours (Thailand) Company Limited
The Chemours Canada Company
The Chemours Chemical (Shanghai) Company Limited
The Chemours Company (Australia) Pty Limited
The Chemours Company Chile Limitada
The Chemours Company Colombia S.A.S.
The Chemours Company Industria E Comercio de Produtos Quimicos Ltda.
The Chemours Company Malaysia Sdn. Bhd.
The Chemours Company Mexicana S. de R.L. de C.V.
The Chemours Company Mexico, S. de R.L. de C.V.
The Chemours Company S.R.L.
The Chemours Company Servicios, S. de R.L. de C.V.
The Chemours Company Singapore Pte. Ltd.
The Chemours Holding Company, S. de R.L. de C.V.
The Chemours India Private Limited

**FORM 13**

# UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York  10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by  James R. Cannon, Jr.

(Name of attorney of record)

on behalf of  Honeywell International Inc.  in the

matter of  Arkema, Inc., The Chemours Company FC, LLC, Honeywell International Inc.  v. United States,  Court No. 16-00179                        .

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.
 See Attachment.

2. Indicate whether the party on whose behalf this Form is being filed is ☑ or is not ☐ the real party in interest.  If not, identify below the real party in interest.
 Not applicable.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association.  (Attach additional pages if necessary.)
 Not applicable.


September 9, 2016

/s/ James R. Cannon
 (Signature of Attorney)                                             (Date)

**SEE REVERSE SIDE**

 (Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005.)

**ATTACHMENT**

The following entities are U.S. subsidiaries of Honeywell International Inc.:
- AlliedSignal Aerospace Service Corporation
- Grimes Aerospace Company
- Hand Held Products, Inc.
- Honeywell Electronic Materials, Inc.
- Honeywell Finance LP
- Honeywell Resins & Chemicals LLC
- Honeywell Safety Products USA, Inc.
- Honeywell Technology Solutions Inc.
- Intermec Technologies Corporation
- Metrologic Instruments, Inc.
- UOP LLC
- UOP Russell LLC

The following entities are foreign subsidiaries of Honeywell International Inc.:
- ADI-Gardiner Limited
- Elster GmbH
- Elster s.r.o.
- Honeywell Aerospace de México, S. de R.L. de C.V.
- Honeywell Automation India Limited
- Honeywell Automotive Parts Services (Shanghai) Co., Ltd.
- Honeywell Aerospace Avionics Malaysia Sdn Bhd.
- Honeywell Aerospace UK
- Honeywell Co., Ltd.
- Honeywell Control Systems Limited
- Honeywell Deutschland GmbH
- Honeywell Europe NV
- Honeywell Holdings Pty. Ltd.
- Honeywell International Sàrl
- Honeywell International Services SRL
- Honeywell Japan Inc.
- Honeywell Korea Ltd.
- Honeywell Limited
- HONEYWELL LIMITED / HONEYWELL LIMITÉE
- Honeywell Luxembourg Holding S.a.r.l.
- Honeywell Safety Products Europe SAS
- Honeywell Specialty Chemicals Seelze GmbH
- Honeywell, spol. s r.o.
- HONEYWELL TECHNOLOGIES Sàrl
- Honeywell Technology Solutions Lab Pvt. Ltd.
- Honeywell UK Limited
- Life Safety Distribution AG
- Novar ED&S Limited
- Sigma-Aldrich Laborchemikalien GmbH