FORM 13

**UNITED STATES COURT OF INTERNATIONAL TRADE**
One Federal Plaza
New York, New York 10278

**<u>DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST</u>**

This notification is submitted by <u>  Jarrod M. Goldfeder, Trade Pacific PLLC  </u>
on behalf of <u>National Refrigerants, Inc.                              </u>
in the matter of <u>  Arkema, Inc. et al. v. United States  </u>,
Court No. <u>     16-00179           </u>.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.
<u>          National Refrigerants, Inc. does not own publicly-owned companies, it does not have any ownership of 10% or greater by any publicly-held company, and it does not have any publicly-owned affiliates.</u>

2. Indicate whether the party on whose behalf this Form is being filed is [X] or is not [ ] the real party in interest. If not, identify below the real party in interest.
<u>           N/A                                                                                           </u>
<u>                                                                                                                     </u>

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)
<u>           N/A                                                                                           </u>
<u>                                                                                                                     </u>

<u>/s/ Jarrod M. Goldfeder                </u>              <u>          October 19, 2016           </u>
       (Signature of Attorney)                                              (Date)

**SEE REVERSE SIDE**

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005)