**FORM 13**

**UNITED STATES COURT OF INTERNATIONAL TRADE**
One Federal Plaza
New York, New York  10278

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

This notification is submitted by James R. Cannon, Jr.
(Name of attorney of record)
on behalf of The HFC Coalition in the matter of Arkema Inc., The Chemours Company FC, LLC, Honeywell International Inc. v. United States, Court No. 16-00179.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.
Not applicable.

2. Indicate whether the party on whose behalf this Form is being filed is ☑ or is not ☐ the real party in interest.  If not, identify below the real party in interest.
Not applicable.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association.  (Attach additional pages if necessary.)
Arkema Inc., The Chemours Company FC, LLC, Honeywell International Inc., Amtrol, Inc., Hudson Technologies, Mexichem Fluor Inc., Worthington Industries Inc.  Disclosures for Arkema Inc., The Chemours Company FC, LLC, and Honeywell International Inc. were submitted previously.  Affiliates of Amtrol, Inc., Hudson Technologies, Mexichem Fluor Inc., and Worthington Industries Inc. are listed in the Attachment to this submission.

/s/ James R. Cannon, Jr.                                November 7, 2016
(Signature of Attorney)                                         (Date)