## **ATTACHMENT**

The following entities are U.S. subsidiaries of Amtrol, Inc.:

    AMTROL Canada Ltd.
    Water Soft Inc.
    AMTROL International Investments Inc.
    AMTROL Europe Ltd.
    AMTROL Holdings Netherlands B.V.
    AMTROL Poland Sp z.o.o.
    AMTROL Holdings Portugal, SGPS, Unipessoal, Lda.
    AMTROL-ALFA Metalomecanica, S.A.
    AMTROL Asia Pacific Ltd.

The following entities are U.S. subsidiaries of Hudson Technologies:

    Hudson Technologies Company d/b/a Hudson Technologies of Tennessee
    Hudson Holdings, Inc.
    Safety Hi-Tech USA, LLC,

The following entities are U.S. subsidiaries of Worthington Industries, Inc.:

    dHybrid Systems, LLC ("dHybrid")
    Spartan Steel Coating, LLC ("Spartan")
    TWB Company, L.L.C. ("TWB")
    Worthington Arıtaş Basınçlı Kaplar Sanayi ("Worthington Aritas")
    Worthington Energy Innovations, LLC ("WEI")
    Worthington Specialty Processing ("WSP")

The following entity is a subsidiary of Mexichem Fluor Inc.:

    Mexichem Canada